# Monthly Operating Report

**ACCRUAL BASIS**

CASE NAME: In re Texas Austin Hotel Realty, LLC

CASE NUMBER: 10-43243-DML-11

JUDGE:

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF TEXAS

### DIVISION 6

MONTHLY OPERATING REPORT

**MONTH ENDING: November 2010**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

FRED BRANDLAN
PRINTED NAME OF RESPONSIBLE PARTY

PRESIDENT
TITLE

12/16/10
DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER

JOHN ALEXANDER
PRINTED NAME OF PREPARER

REGIONAL CONTROLLER
TITLE

12/16/10
DATE

Monthly Operating Report

| CASE NAME: In re Texas Austin Hotel Realty, LLC | | ACCRUAL BASIS-1 |
|---|---|---|
| CASE NUMBER: | 10-43243-DML-11 | |

## COMPARATIVE BALANCE SHEET

| ASSETS | SCHEDULE AMOUNT | MONTH September 2010 | MONTH October 2010 | MONTH November 2010 |
|---|---|---|---|---|
| 1. UNRESTRICTED CASH | $660,365 | $1,384,667 | $1,538,836 | $1,501,488 |
| 2. RESTRICTED CASH | | | | |
| 3. TOTAL CASH | $660,365 | $1,384,667 | $1,538,836 | $1,501,488 |
| 4. ACCOUNTS RECEIVABLE (NET) | $55,133 | $39,726 | $13,907 | $13,538 |
| 5. INVENTORY | $5,618 | $4,266 | $3,618 | $4,351 |
| 6. NOTES RECEIVABLE | | | | |
| 7. PREPAID EXPENSES | $94,547 | $93,223 | $105,231 | $103,433 |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL CURRENT ASSETS | $815,663 | $1,521,882 | $1,661,592 | $1,622,810 |
| 10. PROPERTY, PLANT & EQUIPMENT | $9,096,349 | $9,096,349 | $9,096,349 | $9,096,349 |
| 11. LESS: ACCUMULATED DEPRECIATION / DEPLETION | | $174,105 | $208,926 | $243,747 |
| 12. NET PROPERTY, PLANT & EQUIPMENT | $9,096,349 | $8,922,244 | $8,887,423 | $8,852,602 |
| 13. DUE FROM INSIDERS | | | | |
| 14. OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | | | |
| 15. OTHER Utility Deposits & Secured Creditor | $16,800 | $66,566 | $91,566 | $116,566 |
| 16. **TOTAL ASSETS** | $9,928,813 | $10,510,692 | $10,640,581 | $10,591,978 |
| **POSTPETITION LIABILITIES** | | | | |
| 17. ACCOUNTS PAYABLE | | $7,974 | $31,804 | $634 |
| 18. TAXES PAYABLE | | $192,118 | $162,544 | $178,558 |
| 19. NOTES PAYABLE | | $0 | | |
| 20. PROFESSIONAL FEES | | $0 | | |
| 21. SECURED DEBT | | $0 | | |
| 22. OTHER - Accruals | | $157,315 | $207,173 | $237,362 |
| 23. TOTAL POSTPETITION LIABILITIES | | $357,407 | $401,521 | $416,554 |
| **PREPETITION LIABILITIES** | | | | |
| 24. SECURED DEBT | $49,003,297 | $49,003,297 | $49,003,297 | $49,003,297 |
| 25. PRIORITY DEBT** | $194,750 | $183,325 | $183,325 | $183,325 |
| 26. UNSECURED DEBT** | $106,863 | $128,994 | $128,994 | $128,994 |
| 27. OTHER (ATTACH LIST) | | | | |
| 28. **TOTAL PREPETITION LIABILITIES** | $49,304,910 | $49,315,616 | $49,315,616 | $49,315,616 |
| 29. **TOTAL LIABILITIES** | $49,304,910 | $49,673,023 | $49,717,137 | $49,732,170 |
| **EQUITY** | | | | |
| 30. PREPETITION OWNERS' EQUITY | ($39,376,097) | ($39,162,331) | ($39,076,556) | ($39,140,192) |
| 31. POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | $249,060 | $314,113 | $367,845 |
| 32. DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | | |
| 33. TOTAL EQUITY | ($39,376,097) | ($38,913,271) | ($38,762,443) | ($38,772,347) |
| 34. **TOTAL LIABILITIES & OWNERS' EQUITY** | $9,928,813 | $10,510,692 | $10,640,581 | $10,591,978 |

**Per ammended schedules filed 9/23/10

Monthly Operating Report

CASE NAME: In re Texas Austin Hotel Realty, LLC

ACCRUAL BASIS-2

CASE NUMBER: 10-43243-DML-11

## INCOME STATEMENT

| | MONTH Aug-10 | MONTH Sep-10 | MONTH Oct-10 | MONTH Nov-10 |
|---|---|---|---|---|
| REVENUES | | | | |
| 1. GROSS REVENUES | $334,324 | $305,368 | $362,736 | $308,545 |
| 2. LESS: RETURNS & DISCOUNTS | | | | |
| 3. NET REVENUE | $334,324 | $305,368 | $362,736 | $308,545 |
| COST OF GOODS SOLD | | | | |
| 4. MATERIAL | $7,100 | $7,738 | $7,668 | $5,685 |
| 5. DIRECT LABOR | $42,990 | $43,321 | $46,897 | $48,469 |
| 6. DIRECT OVERHEAD | $25,292 | $26,191 | $31,816 | $26,304 |
| 7. TOTAL COST OF GOODS SOLD | $75,382 | $77,250 | $86,381 | $80,458 |
| 8. GROSS PROFIT | $258,942 | $228,118 | $276,355 | $228,087 |
| OPERATING EXPENSES | | | | |
| 9. OFFICER / INSIDER COMPENSATION | | | | |
| 10. SELLING & MARKETING | $18,407 | $18,182 | $26,810 | $27,967 |
| 11. GENERAL & ADMINISTRATIVE | $64,539 | $58,938 | $66,744 | $63,879 |
| 12. RENT & LEASE | | | | |
| 13. OTHER- Utilities, Repairs, RE Tax | $49,649 | $50,734 | $46,939 | $19,564 |
| 14. TOTAL OPERATING EXPENSES | $132,595 | $127,854 | $140,493 | $111,410 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $126,347 | $100,264 | $135,862 | $116,677 |
| OTHER INCOME & EXPENSES | | | | |
| 16. NON-OPERATING INCOME (ATT. LIST) | | | | |
| 17. NON-OPERATING EXPENSE (Ins Claim to be reimbursed) | | | $11,187 | $10,868 |
| 18. INTEREST EXPENSE | | | | |
| 19. DEPRECIATION / DEPLETION | $34,821 | $34,821 | $34,821 | $34,821 |
| 20. AMORTIZATION | | | | |
| 21. OTHER - FF&E Reserve | $16,716 | $15,268 | $18,137 | $15,427 |
| 22. NET OTHER INCOME & EXPENSES | $51,537 | $50,089 | $64,145 | $61,116 |
| REORGANIZATION EXPENSES | | | | |
| 23. PROFESSIONAL FEES | $227 | $227 | $227 | $455 |
| 24. U.S. TRUSTEE FEES | $0 | $0 | $4,875 | $0 |
| 25. OTHER - See Schedule 6 | $1,656 | $1,808 | $1,562 | $1,374 |
| 26. TOTAL REORGANIZATION EXPENSES | $1,883 | $2,035 | $6,664 | $1,829 |
| 27. INCOME TAX | | | | |
| 28. NET PROFIT (LOSS) | $72,927 | $48,140 | $65,053 | $53,732 |

# Monthly Operating Report

CASE NAME: In re Texas Austin Hotel Realty, LLC

ACCRUAL BASIS-3

CASE NUMBER: 10-43243-DML-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Sep-10 | MONTH Oct-10 | MONTH Nov-10 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $1,347,753 | $1,384,667 | $1,538,836 | $1,347,753 |
| RECEIPTS FROM OPERATIONS | | | | |
| 2. CASH SALES (includeds credit cards) | $296,139 | $418,451 | $205,019 | $919,609 |
| COLLECTION OF ACCOUNTS RECEIVABLE | | | | |
| 3. PREPETITION | $0 | $0 | $0 | $0 |
| 4. POSTPETITION | $13,521 | $17,694 | $12,681 | $43,896 |
| 5. TOTAL OPERATING RECEIPTS | $309,660 | $436,145 | $217,700 | $963,505 |
| NON - OPERATING RECEIPTS | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | |
| 7. SALE OF ASSETS | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL NON-OPERATING RECEIPTS | $0 | $0 | $0 | $0 |
| 10. TOTAL RECEIPTS | $309,660 | $436,145 | $217,700 | $963,505 |
| 11. TOTAL CASH AVAILABLE | $1,657,413 | $1,820,812 | $1,756,536 | $2,311,258 |
| OPERATING DISBURSEMENTS | | | | |
| 12. NET PAYROLL | $75,242 | $51,925 | $52,732 | $179,898 |
| 13. PAYROLL TAXES PAID | $16,909 | $10,975 | $11,692 | $39,576 |
| 14. SALES, USE & OTHER TAXES PAID | $20,285 | $98,825 | $21,417 | $140,527 |
| 15. SECURED / RENTAL / LEASES | | | | $0 |
| 16. UTILITIES | $18,431 | $18,703 | $15,203 | $52,337 |
| 17. INSURANCE | | | | $0 |
| 18. INVENTORY PURCHASES | $9,779 | $12,628 | $10,588 | $32,994 |
| 19. VEHICLE EXPENSES | $404 | $265 | $413 | $1,082 |
| 20. TRAVEL | $951 | $444 | $0 | $1,395 |
| 21. ENTERTAINMENT (in Room TV Service) | $1,197 | $1,197 | $1,197 | $3,591 |
| 22. REPAIRS & MAINTENANCE | $15,779 | $8,297 | $9,766 | $33,842 |
| 23. SUPPLIES | $7,548 | $4,377 | $12,510 | $24,436 |
| 24. ADVERTISING | $0 | $3,327 | $657 | $3,984 |
| 25. OTHER ADP/Man Fee/Franch Fees/Misc | $54,186 | $39,349 | $92,046 | $185,581 |
| 26. TOTAL OPERATING DISBURSEMENTS | $220,711 | $250,312 | $228,220 | $699,244 |
| REORGANIZATION EXPENSES | | | | |
| 27. PROFESSIONAL FEES | $227 | $227 | $454 | $908 |
| 28. U.S. TRUSTEE FEES | $0 | $4,875 | $0 | $4,875 |
| 29. OTHER - See Schedule 6 | $51,808 | $26,562 | $26,374 | $104,744 |
| 30. TOTAL REORGANIZATION EXPENSES | $52,035 | $31,664 | $26,828 | $110,527 |
| 31. TOTAL DISBURSEMENTS | $272,746 | $281,976 | $255,048 | $809,771 |
| 32. NET CASH FLOW | $36,914 | $154,169 | ($37,348) | $153,735 |
| 33. CASH - END OF MONTH | $1,384,667 | $1,538,836 | $1,501,488 | $1,501,488 |

Monthly Operating Report

CASE NAME: In re Texas Austin Hotel Realty, LLC

ACCRUAL BASIS-4

CASE NUMBER: 10-43243-DML-11

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH Sep-10 | MONTH Oct-10 | MONTH Nov-10 |
|---|---|---|---|---|
| 1. 0-30 | $51,646 | $19,251 | $10,037 | $10,915 |
| 2. 31-60 | $3,316 | $20,116 | $3,870 | $1,504 |
| 3. 61-90 | $171 | $359 | $0 | $1,119 |
| 4. 91+ | | | | $0 |
| 5. TOTAL ACCOUNTS RECEIVABLE | $55,133 | $39,726 | $13,907 | $13,538 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $55,133 | $39,726 | $13,907 | $13,538 |

AGING OF POSTPETITION TAXES AND PAYABLES    MONTH: Nov-10

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | $2,022 | | | | $2,022 |
| 2. STATE | $18,645 | | | | $18,645 |
| 3. LOCAL (Occ. Tax Quarterly) | $26,260 | $31,206 | $0 | | $57,466 |
| 4. OTHER (RE TAX due 1/31/11) | ($7,735) | $19,270 | $19,270 | $69,620 | $100,425 |
| 5. TOTAL TAXES PAYABLE | $39,192 | $50,476 | $19,270 | $69,620 | $178,558 |
| 6. ACCOUNTS PAYABLE | $634 | | | | $634 |

STATUS OF POSTPETITION TAXES    MONTH: Nov-10

| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING** | $0 | $2,453 | $2,453 | $0 |
| 2. FICA-EMPLOYEE** | $0 | $4,431 | $4,431 | $0 |
| 3. FICA-EMPLOYER** | $1,507 | $4,849 | $4,375 | $1,981 |
| 4. UNEMPLOYMENT | $36 | $101 | $96 | $41 |
| 5. INCOME | $0 | | | |
| 6. OTHER (ATTACH LIST) | $0 | | | |
| 7. TOTAL FEDERAL TAXES | $1,543 | $11,835 | $11,356 | $2,022 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | $0 | | | |
| 9. SALES | $1,058 | $1,261 | $1,027 | $1,292 |
| 10. EXCISE | $0 | | | |
| 11. UNEMPLOYMENT | $136 | $344 | $336 | $144 |
| 12. REAL PROPERTY*** | $89,486 | $10,939 | | $100,425 |
| 13. PERSONAL PROPERTY*** | $18,674 | ($18,674) | | $0 |
| 14. OTHER - Occupancy Tax | $51,647 | $43,418 | $20,390 | $74,676 |
| 15. TOTAL STATE & LOCAL | $161,001 | $37,288 | $21,753 | $176,536 |
| 16. TOTAL TAXES | $162,544 | $49,123 | $33,109 | $178,558 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.
\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.
\*\*\* Accrual reduction due to actual bills received.

SSM

| Liability Recap | Taxes Debited | | |
|---|---|---|---|
| | Federal Income Tax | | 1,223.69 |
| | Earned Income Credit Advances | | .00 |
| | Social Security - EE | | 1,772.77 |
| | Social Security - ER | | 1,745.09 |
| | Social Security Adj - EE | | .00 |
| | Medicare - EE | | 414.64 |
| | Medicare - ER | | 414.61 |
| | Medicare Adj - EE | | .00 |
| | COBRA Premium Assistance Payments | | 797.73- |
| | Federal Unemployment Tax | | 50.19 |
| | State Income Tax | | .00 |
| | State Unemployment Insurance - EE | | .00 |
| | State Unemployment/Disability Ins - ER | | 166.65 |
| | State Unemployment Insurance Adj - EE | | .00 |
| | State Disability Insurance - EE | | .00 |
| | State Disability Insurance Adj - EE | | .00 |
| | Workers' Benefit Fund Assessment - EE | | .00 |
| | Workers' Benefit Fund Assessment - ER | | .00 |
| | Local Income Tax | | .00 |
| | School District Tax | | .00 |
| | **Total Taxes Debited** Acct. No. XXXXXXX7777 Tran/ABA XXXXXXXX | | 4,989.82 |

| | | | Total Liability |
|---|---|---|---|
| | Total Amount Debited From Your Account | 4,989.82 | 4,989.82 |
| Bank Debits and Other Liability | Checks | 12,887.14 | 17,878.96 |
| | Direct Deposit | 11,726.74 | 29,603.70 |
| | Adjustments/Prepay/Voids | .00 | |
| Taxes - Your Responsibility | None This Payroll | | 29,603.70 |

**ADP® Statistical Summary Recap**

HYATT AUSTIN #1901
Company Code: 8SA
Region Name: SOUTH CENTRAL

Batch: 2712
Quarter Number: 4
Service Center: 062

Period Ending: 11/04/2010
Pay Date: 11/12/2010
Current Date: 11/08/2010

Week 45
Page 1

© 1998 Automatic Data Processing, Inc.

| | | | | | |
|---|---|---|---|---|---|
| **Net Pay** | | | | | |
| Checks | | | | | 12,887.14 |
| Direct Deposits | | | | | 11,726.74 |
| Subtotal Net Pay | | | | | 24,613.88 |
| Adjustments | | | | | .00 |
| Total Net Pay Liability (Net Cash) | | | | | 24,613.88 |

| | | You are responsible for Depositing these amounts | | Amount debited from your account | |
|---|---|---|---|---|---|
| **Taxes** | | | | | |
| | Rate | EE withheld | ER contrib. | EE withheld | ER contrib. |
| **Federal** | | | | | |
| Agency | | | | | |
| Federal Income Tax | | | | 1,223.69 | |
| Earned Income Credit Advances | | | | | |
| Social Security | | | | 1,772.77 | 1,745.09 |
| Medicare | | | | 414.64 | 414.61 |
| Federal Unemployment Tax | | | | | 50.10 |
| Subtotal Federal | | | | 3,411.10 | 2,209.80 |
| Cobra Premium Assistance Payments | | | | | 797.73- |
| Total Federal | | | | 3,411.10 | 1,412.07 | 4,823.17 |
| **State** | | | | | |
| TX State Unemployment/Disability Ins-ER | 2.2500 | | | | 166.65 |
| Subtotal TX | | | | | 166.65 | 166.65 |
| Total Taxes | | | .00 | 3,411.10 | 1,578.72 | 4,989.82 |

Amount ADP Debited From Account XXXXXXX7777  Tran/ABA  XXXXXXXX  4,989.82  Excludes Taxes That Are Your Responsibility

**ADP Statistical Summary Detail**

HYATT AUSTIN #1901
Company Code: &5A
Region Name: SOUTH CENTRAL

Batch: 2712
Quarter Number: 4
Service Center: 062

Period Ending: 11/04/2010
Pay Date: 11/12/2010
Current Date: 11/08/2010

Week 45
Page 2

SSM

© 1996 Automatic Data Processing, Inc.

| Liability Recap | Taxes Debited | | | |
|---|---|---|---|---|
| | Federal Income Tax | 1,229.43 | | |
| | Earned Income Credit Advances | .00 | | |
| | Social Security - EE | 1,818.52 | | |
| | Social Security - ER | 1,790.38 | | |
| | Social Security Adj - EE | .00 | | |
| | Medicare - EE | 425.35 | | |
| | Medicare - ER | 425.31 | | |
| | Medicare Adj - EE | .00 | | |
| | COBRA Premium Assistance Payments | .00 | | |
| | Federal Unemployment Tax | 45.78 | | |
| | State Income Tax | .00 | | |
| | State Unemployment Insurance - EE | .00 | | |
| | State Unemployment/Disability Ins - ER | 168.98 | | |
| | State Unemployment Insurance Adj - EE | .00 | | |
| | State Disability Insurance - EE | .00 | | |
| | State Disability Insurance Adj - EE | .00 | | |
| | Workers' Benefit Fund Assessment - EE | .00 | | |
| | Workers' Benefit Fund Assessment - ER | .00 | | |
| | Local Income Tax | .00 | | |
| | School District Tax | .00 | | |
| | **Total Taxes Debited** Acct. No. XXXXXXX7777 Trad/ABA XXXXXXXXX | 5,903.82 | | Total Liability |
| | Total Amount Debited From Your Account | 5,903.82 | | 5,903.82 |
| Bank Debits and Other Liability | Checks | | 12,243.22 | 18,147.04 |
| | Direct Deposit | | 13,119.94 | 31,266.98 |
| | Adjustments/Prepay/Voids | | .00 | |
| Taxes - Your Responsibility | None This Payroll | | | 31,266.98 |

**ADP Statistical Summary Recap**

HYATT AUSTIN #1901  
Company Code: &5A  
Region Name: SOUTH CENTRAL  

Batch: 5100  
Quarter Number: 4  
Service Center: 062  

Period Ending: 11/18/2010  
Pay Date: 11/26/2010  
Current Date: 11/22/2010  

Week 47  
Page 1

© 1998 Automatic Data Processing, Inc.

| Net Pay | | | | | | |
|---|---|---|---|---|---|---|
| Checks | | | | | 12,243.22 | |
| Direct Deposits | | | | | 13,119.94 | |
| Subtotal Net Pay | | | | | | 25,363.16 |
| Adjustments | | | | | .00 | |
| Total Net Pay Liability (Net Cash) | | | | | | 25,363.16 |

| Taxes | | | You are responsible for Depositing these amounts | | Amount debited from your account | |
|---|---|---|---|---|---|---|
| | | Rate | EE withheld | ER contrib. | EE withheld | ER contrib. |
| Federal | Agency | | | | | |
| | Federal Income Tax | | | | 1,229.43 | |
| | Earned Income Credit Advances | | | | | |
| | Social Security | | | | 1,818.59 | 1,790.38 |
| | Medicare | | | | 425.35 | 425.31 |
| | Federal Unemployment Tax | | | | | 45.78 |
| | Subtotal Federal | | | | 3,473.37 | 2,261.47 | 5,734.84 |
| | Cobra Premium Assistance Payments | | | | | |
| | Total Federal | | | | 3,473.37 | 2,261.47 | 5,734.84 |
| State | TX State Unemployment/Disability Ins-ER | 2.2500 | | | | 168.98 |
| | Subtotal TX | | | | | 168.98 | 168.98 |
| | Total Taxes | | .00 | .00 | 3,473.37 | 2,430.45 | 5,903.82 |

Amount ADP Debited From Account XXXXXXX7777   Tran/ABA   XXXXXXXX                             5,903.82   Excludes Taxes That Are Your Responsibility

**ADP® Statistical Summary Detail**
© 1996 Automatic Data Processing, Inc.

HYATT AUSTIN #1901
Company Code: &5A
Region Name: SOUTH CENTRAL

Batch: 5100
Quarter Number: 4
Service Center: 062

Period Ending: 11/18/2010
Pay Date: 11/26/2010
Current Date: 11/22/2010

Week 47
Page 2

## Austin Monthly Operating Report Accrual - 5

| | Account #1<br>Operating Account | Account #2<br>GM Account | Account #3<br>LLC Checking | Account #4<br>LLC Money Market |
|---|---|---|---|---|
| Bank | Wells Fargo DIP | Wells Fargo DIP | Wells Fargo DIP | Wells Fargo DIP |
| Account Number | 5918104190 | 5918104208 | 5918104349 | 9918465239 |
| Purpose | Checking | Checking | Checking | Money Market |
| Balance per Bank Statement (9/30/10) | $ 752,404.54 | $ 15,314.35 | $ 70,431.36 | $ 716,662.93 |
| Add: Total Deposits not credited | $ 36,062.31 | $ - | $ - | $ - |
| Subtract: Outstanding Checks | $ - | $ (1,174.74) | $ (344.44) | $ (87,989.61) |
| Other Reconciling Items | $ (2,739.00) | $ 860.39 | $ - | $ - |
| Month End Balance per Books | $ 785,727.85 | $ 15,000.00 | $ 70,086.92 | $ 628,673.32 |
| Number of Last Check Written | 1901700409 | 1342 | 67 | 3 |

Total Cash From Above     $ 1,499,488.09

Investment Accounts     $ -

Total Cash on Hand     $ 2,000.00

Total Cash     $ 1,501,488.09

# Monthly Operating Report

CASE NAME: In re Texas Austin Hotel Realty, LLC

CASE NUMBER: 10-43243-DML-11

ACCRUAL BASIS-6

MONTH: Nov-10

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101(31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. John Alexander | Expense Reimburse | $101 | $689 |
| 2. Fred Branovan | Expense Reimburse | $450 | $4,316 |
| 3. Thomas J Lavelle | Expense Reimburse | $101 | $1,055 |
| 4. Chris Dixon | Expense Reimburse | $722 | $2,596 |
| 5. Greg Weingart | Expense Reimburse | $0 | $195 |
| 6. FFC Capital Corp | Asset Mgt Fee Austin Hotel Realty | $2,720 | $13,598 |
| 7. TOTAL PAYMENTS TO INSIDERS | | $4,094 | $22,450 |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. AIJ Mgt (Rustin Ramji) | 5/13/2010 | $227 | $455 | $1,591 | $0 |
| 2. US Trustee | 6/16/2010 | $0 | $4,875 | $6,500 | $0 |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | $227 | $5,330 | $8,091 | $0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Court Ordered payment to secured creditor | $25,000 | $25,000 | |
| 2. Payable to Midland Loan Services | | | |
| 3. prepaid due December 1 | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $25,000 | $25,000 | $0 |

**Monthly Operating Report**

| CASE NAME: In re Texas Austin Hotel Realty, LLC | | ACCRUAL BASIS-7 |
|---|---|---|
| CASE NUMBER: | 10-43243-DML-11 | |

MONTH: Nov-10

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |